# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Dustin Wayne Ward   xxx–xx–5419  
Janet Adrienne Ward   xxx–xx–4542  
    Debtor(s)

Case Number:  3:10–bk–33967  
Chapter:  7

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OR ANTICIPATED RECOVERY OF ASSETS

## NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered or are anticipated to be recovered by the trustee.

Creditors who wish to share in any distribution of funds in this bankruptcy case must file a proof of claim with the Bankruptcy Court at the address below on or before

**DATE: 6/13/11**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form is attached to this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, please enclose a copy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: 3/15/11

Address of the Bankruptcy Court  
United States Bankruptcy Court  
Howard H. Baker Jr. U.S. Courthouse  
Suite 330, 800 Market Street  
Knoxville, TN 37902

Danny W. Armstrong  
Clerk of the Bankruptcy Court

By:  ___TDS_____  
Deputy Clerk